# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: September 14, 2026

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| LAURA CAMUSO, * | UNPUBLISHED |
| Petitioner, * | No. 25-1655V |
| v. * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, * | Motion for Decision Dismissing Petition; Vaccine Rule 21(b). |
| Respondent. * | |
| * * * * * * * * * * * * * * * | |

Joseph S. Baglieri, Siri Glimstad, LLP, Chicago, IL, for Petitioner.
Mitchell Jones, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On October 3, 2025, Laura Camuso ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that she suffered chronic inflammatory demyelinating polyneuropathy ("CIPD") and multifocal motor neuropathy ("MMN") as a result of receiving pneumococcal conjugate ("Prevnar 20") and influenza ("flu") vaccinations on October 4, 2022. Petition at Preamble (ECF No. 1). On June 26, 2026, Respondent filed his

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

Rule 4(c) report arguing against compensation. Respondent's Report ("Resp. Rept.") at 1 (ECF No. 24).

The undersigned held a status conference on August 6, 2026 to relay her concerns regarding a temporally appropriate onset. See Order dated Aug. 12, 2026 (ECF No. 26). After a review of the record, the undersigned found that the earliest possible onset supported by the record was January 11, 2023, approximately three months after the vaccinations at issue. Id. at 5. The undersigned noted she was not aware of any case in the Vaccine program were a petitioner prevailed on three-to-four-month onset. Id. And she further noted that while "Petitioner had reasonable basis up until this point, she does not believe there is reasonable basis to proceed with the claim." Id. at 6. Petitioner was directed to indicate how she would like to proceed. Id.

On September 11, 2026, Petitioner filed a Motion for a Decision Dismissing Petition pursuant to Vaccine Rule 21(b). Petitioner's Motion for a Decision Dismissing Petition ("Pet. Mot."), filed Sept. 11, 2026 (ECF No. 27). Petitioner asserts that she "submitted medical records, declarations, and medical articles supporting an appropriate finding of onset," but acknowledges that "weighing all of the evidence before her, the Special Master found otherwise." Id. at 2. Accordingly, Petitioner "wishes to voluntarily dismiss her claim." Id. "Petitioner understands that a decision by the Special Master dismissing her petition will result in a judgment against her . . . [that] will end all her rights in the Vaccine Program." Id. Lastly, Petitioner indicated she "does intend to protect her rights to file a civil action in the future" and "intends to elect to reject the Vaccine Program Judgment against her." Id.

Under Vaccine Rule 21(b), which governs voluntary dismissals of a petition with entry of judgment, "The special master or the court may dismiss a petition or any claim therein at the petitioner's request on terms that the special master or the court considers proper by issuance of a decision pursuant to 42 U.S.C. § 300aa-12(d)(3)." Vaccine Rule 21(b)(1). Unless stated otherwise, the dismissal "is with prejudice" and "will result in a judgment pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a)." Vaccine Rule 21(b)(2).

The undersigned **GRANTS** Petitioner's motion. In accordance with Vaccine Rule 21(b), this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to enter judgment accordingly.

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master